JS - 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Nghi V Tran,

Petitioner,

v.

James Janecka et al.,

Respondents.

Case No. 5:26-cv-02650-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: August 26, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE